CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

OCT 2 6 2017

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION
OCTOBER 2017 SESSION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 6:17-cr-13  (NKM) |
| ) | |
| v. ) | |
| ) | **SEALED INDICTMENT** |
| ) | |
| WAYNE THOMAS BURNLEY, ) | **In Violation of:** |
| DAVID WARREN ANGUS, ) | |
| LUIS GUZMAN-LOERA, and ) | 21 U.S.C. § 846 |
| CHRISTOPHER ANDREW KNOWLES ) | 21 U.S.C. § 841(a)(1) |
| ) | |

## COUNT ONE

The Grand Jury charges:

1. Beginning not later than January, 2014, and continuing until on or about December, 2017, in the Western Judicial District of Virginia and elsewhere, the defendants, WAYNE THOMAS BURNLEY, DAVID WARREN ANGUS, LUIS GUZMAN-LOERA, and CHRISTOPHER ANDREW KNOWLES did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to possess with intent to distribute and to distribute, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

1

2. All in violation of Title 21, United States Code, Sections 846, and 841(a)(1) and (b)(1)(A).

## COUNT TWO

The Grand Jury further charges:

1. That on or about October 7, 2016, in the Western Judicial District of Virginia, the defendant, LUIS GUZMAN-LOERA, did knowingly and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

A TRUE BILL this _26_ day of October, 2017.

_s/Grand Jury Foreperson___
FOREPERSON

RICK A. MOUNTCASTLE
ACTING UNITED STATES ATTORNEY

2