IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CRIMINAL MINUTES - GENERAL MINUTES

Case No.: 6:17CR00013-001      Date: 10/30/2018

**Defendant:** WAYNE THOMAS BURNLEY      **Counsel:** CORREY A. DIVINEY (CJA)
(custody)

PRESENT:   JUDGE:           Norman K. Moon       TIME IN COURT: 2:28pm-2:39pm (11 min.)
           Deputy Clerk:    Fay Coleman
           Court Reporter:  Sonia Ferris
           U. S. Attorney:  Andrew Bassford
           USPO:            None
           Case Agent:      Jason Thompson, DEA
           Interpreter:     N/A

PROCEEDINGS:

Status Conference and Motion Hearing on #102 Motion in Limine by the government and #103 Motion for Lafler/Frye Inquiry by the government.

As to #103 Motion for Lafler/Frye Inquiry - Argument heard. Court grants the motion. Defendant sworn and advises he understands the plea offer and understands the consequences of going to trial.

As to #102 Motion in Limine. Argument heard. Court grants motion and advised the defendant and his counsel are precluded from mentioning any sentence he might receive if convicted to the jury.

Government asks for an inquiry as to the status of defense counsel. The defendant requests a new court-appointed attorney. Court denies the request and advises there are not sufficient grounds to appoint a new attorney as stated on the record.