CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

5/15/2025

LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
     DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 6:17-cr-00013 |
| v. | ORDER |
| WAYNE THOMAS BURNLEY, | |
| *Defendant.* | Judge Norman K. Moon |

For the reasons stated in an accompanying memorandum opinion, Petitioner's § 2255 Motion (Dkt. 233) is denied in part and the Government's Motion to Dismiss (Dkt. 237) is granted in part, and the Court will hold a hearing regarding details of the plea offer.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to all counsel of record and to schedule a hearing.

Entered this  15th  day of May, 2025.

						_____
						NORMAN K. MOON
						SENIOR UNITED STATES DISTRICT JUDGE

1